**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-8136

CORNELIUS MAURICE REGAN,

                    Petitioner - Appellant,

          v.

TRACY JOHNS, LSCI; HARLEY LAPMAN, US Bureau of Prisons;
LAURA P. TAYMAN, Assistant US Attorney, Eastern District of
Virginia, et al.,

                    Respondents - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Dever III,
District Judge. (5:08-hc-02055-D)

Submitted:  March 16, 2010          Decided:  March 23, 2010

Before NIEMEYER, MOTZ, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Cornelius Maurice Regan, Appellant Pro Se.  Michael Bredenberg,
OFFICE OF THE UNITED STATES ATTORNEY, Rudolf A. Renfer, Jr.,
Assistant United States Attorney, Raleigh, North Carolina,
Michael Lockridge, Special Assistant United States Attorney,
Butner, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cornelius Maurice Regan, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Regan v. Johns, No. 5:08-hc-02055-D (E.D.N.C. Sept. 18, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED